THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS MARGOLIES.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.